UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BANKERS MANAGEMENT COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERIC L. HERYFORD, in his official capacity as DISTRICT ATTORNEY, TRINITY COUNTY, <br><br> Defendant. | Case No.: 2:16-CV-00312-KJM-KJN <br><br><br> ORDER |

The *Ex Parte* Application of Plaintiff American Bankers Management Company, Inc. ("Plaintiff") for an order coordinating the hearing dates on Plaintiff's Motion for Partial Summary Judgment, ECF No. 13, currently set for hearing on May 20, 2016, and Defendant Eric L. Heryford's Motion to Dismiss, ECF No. 21, currently set for hearing on April 22, 2016, having been considered:

The court hereby DENIES Plaintiff's *Ex Parte* Application and ORDERS the motion to dismiss shall be heard on April 22, 2016, with the motion for summary judgment currently maintained for hearing on May 20, 2016, at 10:00 a.m.

DATED: April 12, 2016.

_____
UNITED STATES DISTRICT JUDGE