UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BANKERS MANAGEMENT COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>ERIC L. HERYFORD, et al.,<br><br>   Defendants.<br>_____<br>ERIC L. HERYFORD,<br><br>   Plaintiff,<br><br> v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>   Defendant. | No. 2:16-cv-00312-KJM-KJN<br><br><br><br><br><br><br><br><br>No. 2:16-cv-00468-KJM-CMK<br><br><br>**RELATED CASE ORDER** |

   Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both actions arise from American Bankers Management Company's marketing, selling, and administering various fee-based ancillary products and

1

services to its California credit cardholders, and both actions require the court to determine whether District Attorney Heryford can retain contingency-fee counsel to bring suit against American Bankers. These overlapping issues would entail a substantial duplication of labor if discovery disputes are heard by different magistrate judges. *See* Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same magistrate judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating the cases under Rule 123 as ordered here causes the actions to be assigned to the same magistrate judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that the action denominated 2:16-cv-00468-KJM-CMK is reassigned from Magistrate Judge Craig M. Kellison to Magistrate Judge Kendall J. Newman. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:16-cv-00468-KJM-KJN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment of the magistrate judge.

IT IS SO ORDERED.

DATED: May 5, 2016

_____
UNITED STATES DISTRICT JUDGE