## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                        **JUDGMENT IN A CIVIL CASE**

**AMERICAN BANKERS MANAGEMENT COMPANY, INC.,**

                                        CASE NO: **2:16–CV–00312–TLN–EFB**

       v.

**ERIC L. HERYFORD, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/13/2016**

                                                  **Marianne Matherly**
                                                  Clerk of Court

ENTERED: **June 13, 2016**

                                  by: /s/ M. Krueger_____
                                              Deputy Clerk